374 A.2d 707

Commonwealth, Appellant, v. Nelson.

Submitted September 13, 1976. James A. Shellenberger, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; Andrea

Commaker Levin, Assistant Defender, and Benjamin Lerner, Defender, for appellee.

Order affirmed.

VAN der VOORT, J., dissents.